a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CEDRIQUEZ McCAA, *ET AL.*, Plaintiffs | CIVIL DOCKET NO. 1:20-CV-845-P |
| VERSUS | JUDGE DRELL |
| J. BALTAZAR, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Complaint (ECF Nos. 1, 8) filed by pro se Plaintiffs Cedriquez McCaa ("McCaa") (BOP #13353-002) and Johnnie E. Banks ("Banks") (BOP #17117-084). McCaa and Banks are inmates in the custody of the Federal Bureau of Prisons, incarcerated at the Federal Correctional Institution in Pollock, Louisiana. McCaa and Banks claim their constitutional rights were violated by numerous Defendants.

The Local Rules for the United States District Court for the Western District of Louisiana require each *pro se* prisoner to file a separate Complaint alleging the violation of his civil rights (LR 3.2). Additionally, the Prison Litigation Reform Act, 42 U.S.C. § 1997e, requires a separate action and payment of the full filing fee by each prisoner. *See Naasz v. Dretke*, 2:05-CV-0137, 2005 WL 1249439, at *1 (N.D. Tex. May 26, 2005) (citing *Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001)); *see also, Haynes v. Scott*, 116 F.3d 137, 139-40 (5th Cir. 1997) (holding, in part, that all petitioners seeking pauper status are required to file an affidavit complying with section 1915(a)(1)).

Accordingly, IT IS ORDERED that Banks's claims be SEVERED from McCaa's suit. The CLERK IS DIRECTED to open a new case for Banks and file a copy of the Complaint therein. McCaa and Banks must each submit the requisite filing fee or proper application for leave to proceed *in forma pauperis* ("IFP") in accordance with 28 U.S.C. § 1915. The CLERK IS FURTHER DIRECTED to send McCaa and Banks separate IFP applications for his corresponding case.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 2nd day of September 2020.

_____
JOSEPH N.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE