UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CEDRIQUEZ McCAA**, Plaintiff | **CIVIL DOCKET NO. 1:20-CV-00845-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **J. BALTAZAR, *ET AL*,** Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 16), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Complaint (ECF Nos. 1, 8) is hereby DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED in Chambers, this 21st day of October, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE